```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                   FT. PIERCE DIVISION
            Case No. 12-14424-CIV-GRAHAM/LYNCH
```

CLYDE COCHRAN,

    Plaintiff,

vs.

GC SERVICES, LP

    Defendant.
_____/



### ORDER

**THIS CAUSE** comes before the Court upon the Plaintiff's Notice of Settlement [D.E. 10].

**THE PARTIES** are hereby notified that, within fourteen (14) days from the date of this Order, the parties must file a Stipulation or Notice of Dismissal, Settlement Agreement, or any other pertinent document necessary to conclude this action. If the parties fail to file the appropriate documentation, this matter will be dismissed with prejudice. It is further

**ORDERED AND ADJUDGED** that this action shall be **CLOSED** for administrative purposes.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of January, 2013.

                                                s/Donald L. Graham
                                                DONALD L. GRAHAM
                                                UNITED STATES DISTRICT JUDGE

cc: Counsel of record