**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION**

CLYDE COCHRAN,

    Plaintiff,                                             CASE NO. 2:12-cv-14424-DLG

    v.

GC SERVICES, LP,

    Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff, CLYDE COCHRAN, and Defendant, GC SERVICES, LP, stipulate, and the Court hereby orders, as follows:

The dispute between the parties has been settled; therefore, the claims asserted by Plaintiff, CLYDE COCHRAN, against Defendant, GC SERVICES, LP, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

Dated: March 6, 2013                             RESPECTFULLY SUBMITTED,

                                                      By: /s/ Shireen Hormozdi
                                                          Shireen Hormozdi, Esq.
                                                          FBN: 0882461
                                                          Krohn & Moss, Ltd
                                                          10474 Santa Monica Blvd.,
                                                          Suite 401
                                                          Los Angeles, CA 90025
                                                          Phone: (323) 988-2400
                                                          Fax:   (866) 861-1390
                                                          shormozdi@consumerlawcenter.com
                                                          Attorney for Plaintiff
                                                          CLYDE COCHRAN

Dated: March 6, 2013  RESPECTFULLY SUBMITTED,

By: /s/ Barbara Fernandez
Barbara Fernandez
Florida Bar No.: 0943767
bfernandez@hinshawlaw.com
HINSHAW & CULBERTSON, LLP
2525 Ponce de Leon Boulevard
4th Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Fax: 305-577-1063
Attorney for Defendant :
GC SERVICES, LP