**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. PIERCE DIVISION**
Case No. 12-14424-CIV-GRAHAM/LYNCH

CLYDE COCHRAN,

    Plaintiff,

vs.

GC SERVICES, LP,

    Defendant.
_____/



**ORDER**

**THIS CAUSE** comes before the Court upon the parties' Stipulation of Dismissal [D.E. 12].

**THE COURT** has considered the Stipulation, the pertinent portions of the record, and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 6th day of March, 2013.

                                            S/ Donald L. Graham
                                            DONALD L. GRAHAM
                                            UNITED STATES DISTRICT JUDGE

cc: Counsel of Record